IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01548-BNB

CHARLES WAYNE BUCKALOO,

    Applicant,

v.

OKLAHOMA DEPT. OF CORRECTIONS/SPECIAL SERVICE DIVISION, and
PAROLE BOARD,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
COLORADO

SEP 19 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Charles Wayne Buckaloo, alleges that he is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994).

On August 9, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Buckaloo to show cause within thirty days why the habeas corpus application should not be denied and the action dismissed. Magistrate Judge Boland warned Mr. Buckaloo that if he failed to show cause to the Court's satisfaction within the time allowed, the application would be denied and the action dismissed without further notice. Mr. Buckaloo has failed within the time allowed to show cause as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action dismissed without prejudice for failure within the time allowed to show cause as directed and for failure to prosecute.

DATED at Denver, Colorado, this __18__ day of __Sept.__, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01548-BNB

Charles W. Buckaloo
Reg. No. 40837-115
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  9-19-7

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk